

# NUMBER 13-19-00435-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE REYES TREVINO CHAPA
## AND PETROCHEM TRANSPORT INC.

### On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Per Curiam Order

Relators Reyes Trevino Chapa and Petrochem Transport Inc. filed a petition for writ of mandamus and an opposed emergency motion to stay trial in the above cause on September 9, 2019. Through this original proceeding, relators seek to compel the trial court to vacate its "Order Partially Granting Plaintiff's Motion to Strike the Counter-Affidavits and Testimony of Gilbert Meadows, M.D. & Order Partially Granting Plaintiff's *Daubert*/*Robinson* Motion" signed on August 27, 2019. Through their opposed emergency motion, they seek to stay the trial of the underlying case, currently set for September 16, 2019, pending resolution of this original proceeding.

The Court, having examined and fully considered the opposed emergency motion to stay trial, is of the opinion that the motion should be carried with the case. The Court requests that the real party in interest, Andrew Thomas Beard, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before 5:00 p.m. on Thursday, September 12, 2019. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 10th
day of September, 2019.